# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| LCG Freight, Inc., | C.A. No.: 2:23-cv-01228-DCN |
| Plaintiff, | |
| v. | **AMENDED ANSWER TO THE COMPLAINT** |
| A.R.C. Transit, LLC, and E.F. Corporation, d/b/a West Motor Freight of Pa., | **(NON-JURY)** |
| Defendants. | |

Defendants A.R.C. Transit, LLC, and E.F. Corporation, d/b/a West Motor Freight of Pa., ("Defendants"), by and through undersigned counsel, hereby respond to Plaintiff's Complaint as follows:

## FOR A FIRST DEFENSE

1. Each and every allegation of the Complaint not specifically admitted is denied.

2. Upon information and belief, Defendants admit Paragraph 1.

3. Defendants admit Paragraph 2.

4. Defendants admit Paragraph 3.

5. In response to the allegations of Paragraph 4, Defendants admit that the parties hereto and matters herein are within the jurisdiction of the United State District Court for the District of South Carolina.

6. Upon information and belief, Defendants admit Paragraph 5.

7. Defendants admit Paragraph 6.

5119777.1

8. In response to the allegations of Paragraph 7, Defendants admit only so much as alleges that the Defendants submitted a Credit Application to Plaintiff on or about July 7, 2020. The remainder of Paragraph 7 is denied.

9. In response to the allegations of Paragraph 8, Defendants admit only so much as alleges that the Defendants contracted with and utilized drayage and warehousing services provided by Plaintiff ranging from approximately July 2020 to August 2022. The remainder of Paragraph 8 is denied.

10. Defendants deny Paragraph 9.

11. Defendants deny Paragraph 10.

12. Defendants deny Paragraph 11.

13. Defendants deny Paragraph 12.

14. Defendants deny Paragraph 13.

15. Defendants deny Paragraph 14.

16. Defendants deny Paragraph 15.

17. In response to the allegations of Paragraph 16, Defendants reiterate and reallege the above paragraphs as if set forth herein verbatim.

18. Defendants admit Paragraph 18.

19. In response to the allegations of Paragraph 19, Defendants admit that they have paid for said services. The remaining allegations of Paragraph 19 are denied.

20. Defendants deny Paragraph 20.

21. Defendants deny Paragraph 21.

22. Defendants deny Plaintiff's prayer for relief.

### FOR A SECOND DEFENSE
### (Motion to Dismiss Pursuant to 12(b)(6), FRCP)

23. Defendants reiterate and reallege the above paragraphs as if set forth herein verbatim.

24. Plaintiff's Complaint and each and every count contained therein fails to state a claim against Defendants upon which relief can be granted; therefore, the Complaint must be dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

### FOR A THIRD DEFENSE
### (Equitable Defenses)

25. Defendants reiterate and reallege the above paragraphs as if set forth herein verbatim.

26. The claims asserted by the Plaintiff are barred in whole or in part by the doctrines of unclean hands, laches, estoppel, and/or waiver.

### FOR A FOURTH DEFENSE
### (Mutual Mistake)

27. Defendants reiterate and reallege the above paragraphs as if set forth herein verbatim.

28. Plaintiff's claims are barred in whole or in part by the doctrine of mutual mistake, and, therefore, the claims should be dismissed.

### FOR A FIFTH DEFENSE
### (Mitigation of Damages)

29. Defendants reiterate and reallege the above paragraphs as if set forth herein verbatim.

30. Plaintiff has failed to appropriately mitigate its damages, if any, and, therefore, the claims should be dismissed.

5119777.1

## FOR A SIXTH DEFENSE
### (Set Off)

31.  Defendants reiterate and reallege the above paragraphs as if set forth herein verbatim.

32.  Defendants are entitled to a set off from any amounts that Plaintiff may have received or will receive from any other source.

## FOR A SEVENTH DEFENSE
### (UIIA Bar)

33.  Defendants reiterate and reallege the above paragraphs as if set forth herein verbatim.

34.  The claims of the Plaintiff are barred or otherwise limited by the provisions of the Uniform Intermodal Interchange Agreement, to which the parties are bound.

## FOR AN EIGHTH DEFENSE
### (Preemption)

35.  Defendants reiterate and reallege the above paragraphs as if set forth herein verbatim.

36.  The claims of the Plaintiff are preempted, barred, or otherwise limited by the Federal Aviation Administration Authorization Act (FAAAA).

## FOR A NINTH DEFENSE
### (Statute of Limitations)

37.  Defendants reiterate and reallege the above paragraphs as if set forth herein verbatim.

38.  Plaintiff's claims are barred, in whole or in part, by 49 U.S.C. § 14705.

WHEREFORE, having fully responded to the inappropriate Complaint of the Plaintiff.

This 10th day of May 2024.

s/ C. Fredric Marcinak
C. Fredric Marcinak, III (# 9816)
Martin E. Cain (# 13819)
Moseley Marcinak Law Group LLP
PO Box 26148
Greenville, South Carolina 29616
(864) 248-6025 (864) 248-6035 (Fax)
Fred.Marcinak@momarlaw.com
Martin.Cain@momarlaw.com
*Attorneys for Defendants*

5

5119777.1